**Shiron BROWN, Appellant**

v.

**Linda HARVEY, Appellee.**

No. 05–7055.

United States Court of Appeals,
District of Columbia Circuit.

Oct. 31, 2005.

Shiron Brown, Washington, DC, pro se.

Before GINSBURG, Chief Judge, and SENTELLE and BROWN, Circuit Judges.

*JUDGMENT*

PER CURIAM

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's final judgment, filed

April 7, 2005, be affirmed. The district court lacked subject matter jurisdiction over appellant's complaint because the complaint did not state a claim based on federal law, *see* 28 U.S.C. § 1331, nor was there diversity of citizenship (both appellant and appellee are residents of the District of Columbia), *see* 28 U.S.C. § 1332. The district court therefore properly dismissed the complaint.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.